## MALCOLM C. HATCH's (dependent's) CASE.

Suffolk.    November 19, 1926. — November 22, 1926.

Present: RUGG, C.J., BRALEY, CROSBY, PIERCE, & SANDERSON, JJ.

*Workmen's Compensation Act*, Injuries to which act applies.

A decision by the Industrial Accident Board dismissing a claim under the workmen's compensation act by an employee who was engaged principally in doing repair work on machines in various parts of the State, his travelling expenses being paid by his employer, and who was being taken by a friend in his automobile from doing such repair work when, by reason of some accident on the highway, he received fatal injuries, was affirmed, following *Hewitt's Case*, 225 Mass. 1.

CERTIFICATION, under the provisions of the workmen's compensation act, of a decision by the Industrial Accident Board dismissing a claim by a dependent of an employee of Addressograph Company for injuries resulting in his death.

In the Superior Court, by order of *Cox*, J., a decree was entered dismissing the claim. The claimant appealed.

*M. Rosenthal*, (*W. R. Goodland* with him,) for the claimant.

*W. I. Badger*, for the insurer.

BY THE COURT. The deceased employee was engaged principally in doing repair work on machines in various parts of the State, his travelling expenses being paid by his insured employer. He was being taken by a friend in his automobile from doing such repair work when by reason of some accident on the highway he received fatal injuries.

The Industrial Accident Board, affirming and adopting

the decision of the single member, rightly held on the governing authority of *Hewitt's Case*, 225 Mass. 1, that the petitioner was not entitled to compensation under the workmen's compensation act.

*Decree affirmed.*